

FILED

11 JUN -6 PM 12: 15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: 

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. FULLER,<br><br>                                    Plaintiff,<br><br>     vs.<br><br>IMPERIAL COUNTY; et al.,<br><br>                                    Defendants. | CASE NO. 11-cv-0484 BEN (RBB)<br><br>ORDER GRANTING SECOND<br>EXTENSION OF TIME |

Plaintiff David E. Fuller is a prisoner proceeding pro se in this 42 U.S.C. § 1983 action.  On May 2, 2011, this Court entered an order granting Plaintiff an extension of time through and including June 1, 2011 to file a first amended complaint. (Docket No. 6.)  On June 1, 2011, the Court received a notice from Plaintiff indicating that he has changed his address and that he may not have received the Court's May 2, 2011 order.  (Docket No. 7.)

Because the Court must freely give leave to amend, especially where pro se litigants are involved, the Court hereby provides a second extension of time. Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave [to amend] when justice so requires."); *Eldridge v. Block*, 832 F.2d 1132, 1135 (9th Cir. 1987) ("This policy is applied even more liberally to pro se litigants.").  Plaintiff shall have until and including July 15, 2011 to file a first amended complaint that corrects the deficiencies

1  outlined in its dismissal order of April 5, 2011.

2  IT IS SO ORDERED.

3  Date: June _6_, 2011

4                                          Hon. Roger T. Benitez
                                           United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11CV0484